# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Teresa H. Harlow,**

    **Plaintiff,**

-vs-                                                               Case No. 3:10-CV-242

**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that (1) The ALJ's non-disability finding is supported by substantial evidence and is AFFIRMED; and (2) this case is CLOSED.

Date:  July 6, 2011                                                   JAMES BONINI, CLERK

                                                                                                                  By: s/Lori Kelsey
                                                                                                                    Lori Kelsey, Deputy Clerk